UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> OSCAR ATIENZA, et al., <br> Defendants. | Case No. EDCV 14-00281-VAP (SPx) <br><br> **JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Counterclaimant Oscar Atienza's Counterclaim (filed as "Cross-Complaint" in the California Superior Court, County of Riverside) is DISMISSED WITH PREJUDICE. The Court orders that such judgment be entered.

Dated: May 14, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge