JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### RIVERSIDE DIVISION

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> OSCAR ATIENZA; DAVID ALAN BOUCHER; TIERSA L. OLMSTED; JEREMY BOUCHER; MARLITT LUISA MARTINEZ; ALL OTHERS KNOWN AND UNKNOWN CLAIMING TO HAVE AN INTEREST IN REAL PROPERTY COMMONLY KNOWN AS 29675 GLEN BROOK WAY, MURRIETA, CALIFORNIA 92563; and DOES 1 through 50, inclusive, <br><br> Defendants. | **CASE NO.:** 5:14-cv-00281-VAP (SPx) <br><br> **JUDGE:** Virginia A. Phillips <br><br> **[PROPOSED] JUDGMENT** <br><br><br> **Action filed: February 19, 2013** <br> **Removed: February 13, 2014** |

   IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT judgment is entered in favor of plaintiff JPMorgan Chase Bank, N.A. ("Plaintiff"), and against defendant Oscar Atienza ("Atienza").

{00559741.DOC }

**JUDGMENT**

A. The real property for which Plaintiff seeks relief is commonly known as 29675 Glen Brook Way, Murrieta, California 92563, Assessor's Parcel Number 908-433-002-5 ("Property").

B. The Grant Deed recorded in the County of Riverside on June 11, 2012, as instrument number 2012-0267925 ("Grant Deed") **was unauthorized** and is therefore **deemed void** as of the date it was recorded and **is cancelled**.

C. Attached as Exhibit B to the Grant Deed is a "Notice for the Partial Cancellation of Debt By Set-Off, Notice Number 6112012OEA" **which was unauthorized** and is therefore **deemed void** as of the date it was recorded and **is cancelled**.

D. The Trustee's Deed Upon Sale which was recorded on March 10, 2011, in the County of Riverside, as instrument number 2011-0110165 remains a valid recorded instrument against the Property as of the date it was first recorded.

E. Title to the Property is quieted in Plaintiff and Plaintiff holds sole legal title to the Property.

F. None of the Defendants in this action, including Atienza, have any interests and/or rights in the Property.

G. Plaintiff and Atienza shall each bear its or his own attorneys' fees and costs.

H. A certified copy of this Stipulation and accompanying Judgment may be recorded in the Official Records of Los Angeles County Recorder's Office.

**IT IS SO ORDERED.**

Date:_June 07, 2016____

_____
The Honorable Virginia A. Phillips
United States District Judge

{00559741.DOC }

**JUDGMENT**